**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

IAIN CURTIS-SHANLEY,

Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

Defendant.

---------------------------------------------------------------x

26-CV-6684 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

I have received Plaintiff Curtis-Shanley's October 9, 2026 motion for a remote appearance at the upcoming Initial Case Management Conference on November 17, 2026. (ECF 18).

Plaintiff is reminded that the Initial Case Management Conference is an important part of the litigation process. It is often the first time the Plaintiff and Defendant (or their counsel, if represented) have any meaningful interaction. An Initial Case Management Conference is *not* a trial. At the conference, neither party is permitted—let alone required—to produce evidence or make substantive legal arguments. This conference is a way for the Plaintiff and Defendant to get to know each other, the Judge, and the litigation process. We will discuss this case at a very high level, set some scheduling deadlines, and explore early settlement.

I appreciate that Plaintiff lives far from the courthouse and that traveling can be costly. However, in my experience, in-person attendance at Initial Case Management Conferences pays dividends throughout the litigation process. A midday conference at 11:00 A.M. should allow Plaintiff ample time to travel to the courthouse on the same day. If Plaintiff's

circumstances change significantly such that his in-person attendance at the November 17, 2026 conference becomes *significantly* less feasible than it was at the time of his October 9, 2026 request, he is welcome to submit a second motion for a remote appearance noting those changed circumstances.

Plaintiff is reminded that the Pro Se Office is located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 220, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures. There is also a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

This motion is hereby **DENIED without prejudice to renewal.**

Defendant is hereby ordered to serve a copy of this Order on Plaintiff and file proof of service on the docket by **November 6, 2026.**

The Clerk of the Court is respectfully directed to close ECF 18.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: October 30, 2026
New York, New York