**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

IAIN CURTIS-SHANLEY,

Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

Defendant.

---------------------------------------------------------------x

26-CV-6684 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's letter motion requesting that the Court stay discovery, extend *sine die* the November 10, 2026 deadline to file the Joint Proposed Case Management Plan, adjourn *sine die* the November 17, 2026, initial conference pending the Court's resolution of Defendant's motion to dismiss the first amended complaint.

Defendant's letter motion is **GRANTED**. Discovery is stayed, the deadline to file the Joint Proposed Case Management plan is extended *sine die*, and the November 17, 2026 initial conference is **ADJOURNED** *sine die*. Full opinion and order to follow.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 16, 2026
New York, New York