**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IAIN CURTIS-SHANLEY,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br>Defendant. | 26-CV-6684 (JPC) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge**:

The Court is in receipt of Defendant's First Motion to Dismiss the First Amended Complaint. (ECF 21). The Court sets the following briefing schedule:

- Plaintiff's opposition is due January 8, 2027
- Defendant's reply is due January 22, 2027

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 18, 2026
New York, New York